# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0208. LITHONIA HOUSING AUTHORITY v. BARBARA SPENCER**

This matter arises from a dispossessory action filed by appellant Lithonia Housing Authority ("LHA") against appellee Barbara Spencer. Spencer filed counterclaims against LHA, alleging violations of the Federal Fair Housing Act, 42 U. S. C. § 3601, et seq., and the Georgia Fair Housing Act, OCGA § 8-3-202. LHA failed to respond to Spencer's requests for admissions, and the superior court granted Spencer's motion for partial summary judgment. Following a bench trial, the superior court entered a final order on July 5, 2023. LHA filed its notice of appeal on August 4, 2023. Spencer has filed a motion to dismiss this appeal.

While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within seven (7) days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). "The proper and timely filing of a notice of appeal is *an absolute requirement* to confer jurisdiction on this Court." *Rivers v. McCullers*, 367 Ga. App. 565, 566 (2) (887 SE2d 411) (2023) (emphasis added).

When determining the proper procedure to follow on appeal, "the underlying subject matter generally controls over the relief sought." *Wright*, 239 Ga. App. at 522. As the underlying subject matter here involves a dispossessory claim, LHA was required to comply with OCGA § 44-7-56 and file its notice of appeal within seven (7) days of entry of the order it sought to appeal. See *Radio Sandy Springs*, 311 Ga. App.

at 335 ("OCGA § 44–7–56 is not limited in scope to a particular type of judgment. It simply provides that 'any judgment' must be appealed within seven days.") (citation and punctuation omitted); compare *America Net, Inc. v. U.S. Cover, Inc.*, 243 Ga. App. 204, 207, 532 S.E.2d 756, 759 (1) (2000) (where tenant surrendered premises such that dispossessory action was no longer at issue, subsequent litigation involving contract dispute was not governed by OCGA § 44-7-56), overruled on other grounds by *Smith v. Bell*, 346 Ga. App. 152 (816 SE2d 698) (2018).

Because LHA filed a notice of appeal more than seven (7) days after entry of the judgment it seeks to appeal, we lack jurisdiction to consider this appeal. Accordingly, Spencer's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __05/01/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*